UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE HURRICANE SANDY CASES
14 MC 41                                                                                    **ORDER**
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO:                                         14 mc 41
**ALL RELATED CASES**
------------------------------------------------------------X

On April 15, 2015, the undersigned Committee issued an Order setting an in-person conference on April 27, 2015, specifically requiring the attendance of counsel and representatives with settlement authority from the Write Your Own Carriers ("WYO Carriers"), among others. (Dkt. No. 1044.) Since issuance of that Order, several WYO Carriers have requested to be excused from attending the conference, or alternatively, to participate by telephone. The undersigned Committee has granted such requests either by written order or by confirmation over the telephone.

Upon further reflection, and in light of statements made at a telephone conference earlier today, the undersigned Committee finds that participation by ALL WYO Carriers is necessary to maximize the effectiveness of the April 27, 2015 conference, and hereby ORDERS that counsel and representatives from ALL WYO Carriers appear in-person at the conference on April 27, 2015, notwithstanding any previous order or directive from Chambers excusing the participation of any WYO Carrier. No exceptions to the in-person requirement will be granted.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
April 23, 2015

/S/ CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge

/S/ GARY BROWN
Gary Brown
United States Magistrate Judge

/S/ RAMON E. REYES, JR.
Ramon E. Reyes, Jr.
United States Magistrate Judge