UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

**ORDER**
14 MC 41

------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:
**ALL RELATED CASES**
------------------------------------------------------------X

On February 27, 2015, the undersigned issued a stay with respect to ongoing mediations and court proceedings in the Hurricane Sandy cases with claims concerning flood insurance. On March 10, 2015, the stay was extended until March 31, 2015, and was extended again, on March 25, 2015 to April 30, 2015.

On April 27, 2015, the undersigned held a day-long conference to address issues that had arisen during the course of settlement negotiations. In light of the discussion at the conference, the stay is hereby extended through **May 29, 2015**, except with respect to the hearings discussed at the conference, which are in the process of being scheduled.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated:  Brooklyn, New York
        April 28, 2015

/S/   CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge


/S/   GARY BROWN
Gary Brown
United States Magistrate Judge


/S/ RAMON E. REYES, JR.
Ramon E. Reyes, Jr.
United States Magistrate Judge