UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE HURRICANE SANDY CASES
14 MC 41                                                                      **ORDER**
-------------------------------------------------------------X
THIS DOCUMENT APPLIES TO:                                        14 mc 41
**ALL RELATED CASES**
-------------------------------------------------------------X

On May 4, 2015, J. Steve Mostyn, Plaintiffs' Liaison Counsel, informed the Court that plaintiffs and The Standard Fire Insurance Company would be available to conduct evidentiary hearings on May 20, 2015 and May 21, 2015.

In light of the foregoing, the undersigned will conduct a hearing beginning on May 20, 2015, and continuing on May 21, in connection with any issues raised in the Standard Fire cases. The hearing will take place in Courtroom 13B-S in the Brooklyn Courthouse, 225 Cadman Plaza E., Brooklyn, N.Y, beginning at 10:00 a.m.

By May 8, 2015, plaintiffs' counsel is directed to submit papers: (1) listing the individual cases that will be the subject of the hearing; (2) describing the issues that plaintiffs intend to address at the hearing; (3) providing a list of witnesses and exhibits to be presented at the hearing; and (4) including a memorandum of law setting forth the relief sought and the basis for such relief.

Standard Fire shall submit any responsive submissions, including its own list of witnesses and exhibits and a responsive memorandum of law, by May 15, 2015.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
       May 4, 2015

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge