UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE HURRICANE SANDY CASES                **ORDER**
                                            14-MC-41
-------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:
**ALL RELATED CASES**

-------------------------------------------------------------X

By Friday, May 15, 2015 at 4:00pm, FEMA is ordered to submit to Plaintiffs' and Defendants' Liaison Counsel and the Court the following information:

(1) a list of all tentatively settled cases, listed by name and docket number, in which FEMA has directed the Write Your Own ("WYO") Carrier to make offers of settlement and offers of judgment;

(2) a list of all tentatively settled cases, listed by name and docket number, in which FEMA has *not yet* directed the Write Your Own Carrier to make offers of settlement and offers of judgment; and

(3) a list of all tentatively settled cases, listed by name and docket number, in which the WYO Carrier has issued offers of settlement or offers of judgment to Plaintiffs pursuant to FEMA's direction.  To the extent necessary, the WYO Carriers are directed to supply information to FEMA to permit compliance with this Order.

FEMA is further ordered to update this information each day and provide the updated information to Plaintiffs' and Defendants' Liaison Counsel by 4:00pm the following business day.  This process will continue until the Court grants relief from this Order.

In lieu of the status report required by this Court's May 7, 2015 order, J. Steve Mostyn, Plaintiffs Liaison Counsel, is hereby Ordered to file a status report by May 18, 2015, updating the Committee as to the status of the agreement between the parties regarding this process and identifying any additional cases that have settled since the April 27th conference.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
        May 13, 2015

/S/ CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge


/S/ GARY BROWN
Gary Brown
United States Magistrate Judge


/S/ RAMON E. REYES, JR.
Ramon E. Reyes, Jr.
United States Magistrate Judge