# MMG

McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS AT LAW

*Principal Office:*
55 WASHINGTON ST.
BROOKLYN, NY 11201
TEL (212) 747-1230
FAX (212) 747-1239

*New Jersey Office:*
404 MARKET STREET
TRENTON, NJ 08611
TEL (609) 396-2999
FAX (609) 396-2254

Via ECF

May 13, 2015

Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:     *Burke v. Wright National Flood Insurance Company*
          Case 2:14-cv-00404-LDW-GRB
          Local Counsel's Application to Withdraw as Counsel

Dear Judge Brown:

We have been local counsel for defendant Wright National Flood Insurance Company ("Wright"). Notices of Appearance as counsel for Wright were entered in this case on March 18, 2015 by Thomas Cahill, Esq. and James Rittinger, Esq. of the New York office of Satterlee Stephens Burke & Burke LLP.  Wright has now instructed us to withdraw as counsel from this case.

Accordingly we respectfully request that Your Honor relieve McMahon, Martine & Gallagher, LLP as counsel from this case, and direct the appropriate Court Clerk to remove us from the docket and ECF notifications for this action. Satterlee Stephens Burke & Burke LLP will continue as counsel for Wright.

Respectfully yours,

*/s/ Patrick W. Brophy*
Patrick W. Brophy

Cc:     All counsel of record via ECF

1